**Order entered August 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01345-CR

**TIMOTHY ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

## ORDER

The Court **DENIES** appellant's August 22, 2013 pro se motion to strike the *Anders* brief filed by counsel.

We have received confirmation from counsel that appellant was sent the supplemental reporter's record in accordance with our August 21, 2013 order. We remind appellant that his pro se response is due by **OCTOBER 15, 2013** and that no further extensions of time will be granted. If appellant's pro se response is not filed by the date specified, the appeal will be submitted on the brief before the Court.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Kathleen Walsh, Dallas County Public Defender's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Alexander, No. 12060058, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/     LANA MYERS
           JUSTICE